**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

KIM MARTIN                                    CHAPTER   7
                                              CASE NO.:   8:14-bk-09202-MGW

Debtor.
_____/

**ORDER GRANTING AMERICAN HONDA FINANCE CORPORATION**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**THIS CAUSE** came on for consideration of American Honda Finance Corporation's Motion for Relief from the Automatic Stay (docket #11). No responses were filed pursuant to Local Rule 2002-4. Accordingly, it is,

**ORDERED, ADJUDGED and DECREED:**

1. That the Motion of American Honda Finance Corporation is GRANTED.

2. The automatic stay imposed by §362(a) of the Bankruptcy Code, is modified to permit American Honda Finance Corporation to replevy or repossess the vehicle more particularly described as 2008 Honda Accord, VIN 1HGCP26818A130121.

3. That this Order terminating automatic stay is entered for the sole purpose of allowing Movant to obtain the property or an *in rem* judgment against the property and that Movant shall not seek or obtain *in personam* relief against the Debtor.

4. That the provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are hereby waived.

**DONE and ORDERED** in Tampa, Florida, on this  29th  day of  September , 2014.

_____
Michael G. Williamson
United States Bankruptcy Judge

Attorney Bert Echols is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Submitted by:

Bert Echols, EVANS PETREE PC, 1000 Ridgeway Loop Rd, Suite 200, Memphis, TN  38120-4036

Copies furnished to:
Debtor:  Kim Martin, 603 S. Melville Avenue #10, Tampa, FL 33606
Debtor's Attorney:  Christie D. Arkovich, 1520 West Cleveland St., Tampa, FL 33606
Trustee:  Susan K. Woodard, PO Box 7828, St. Petersburg, FL 33734-7828
United States Trustee - TPA7, Timberlake Annex Suite 1200, 501 E. Polk Street, Tampa, FL 33062